UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE: PAUL C. LARSEN. P.A.

LUIS E. RIVERA, II,

    Plaintiff,

v.                                                               Case No.: 2:19-cv-860-FtM-38

PAUL C. LARSEN and PAUL C.
LARSEN P.A.,

    Defendants.
_____/

## ORDER[1]

This case comes before the Court on *sua sponte* review of the docket. Appellant Luis E. Rivera, II filed his Notice of Appeal on December 4, 2019, and the Clerk notified the parties of the availability of the record on January 7, 2020. In an appeal from a bankruptcy court, the appellant must file a "brief within 30 days after the docketing of notice that the record has been transmitted or is available electronically." FED. R. BANKR. P. 8018. Rivera's brief was due on February 6, 2020, but he did not file a brief or request an extension of time to do so.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Appellant Luis E. Rivera, II is **ORDERED** to show cause, in writing, on or before **March 4, 2020**, why this appeal should not be dismissed for failure to prosecute. **Failure to comply with this Order will result in dismissal of the appeal without further notice.**

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of February 2020.

*[Signature]*
**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies: All Parties of Record