UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE: PAUL C. LARSEN. P.A.

LUIS E. RIVERA, II,

    Appellant,

v.                                                  Case No.: 2:19-cv-860-FtM-38

PAUL C. LARSEN and PAUL C.
LARSEN P.A.,

    Appellees.
_____/

## **OPINION AND ORDER**[1]

    Before the Court is Appellee Paul C. Larsen's Notice of Non Receipt from Plaintiff/Appellant of Plaintiff/Appellant's Opening Brief and Request for Clarity Relative to the Above Matter (Doc. 11), in which Larsen "requests clarity from the Court as to: 1) whether Plaintiff/Appellant is required by this court to copy the Defendant on all notices and filings, 2) deadlines for responding to the Appellant's Opening Brief, and 3) the next steps in the process of ruling on the status of this appeal." In response, Appellant Luis E. Rivera explains that his counsel mailed his brief to the address Larsen initially provided but is apparently incorrect. Rivera's counsel has since emailed Larsen a copy of the opening brief.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Federal Rule of Bankruptcy Procedure 8018(a)(2) states, "The appellant must serve and file a brief within 30 days after service of the appellant's brief." Larsen may file his brief on or before May 6, 2020. Beyond deciding controversies properly before it, the Court cannot advise litigants, even *pro se* litigants, on their legal obligations. For information on how to proceed, Larsen may consult an attorney and/or review the rules governing this case, Federal Rules of Bankruptcy Procedure 8018 *et seq*.

Accordingly, it is now

**ORDERED:**

Appellee Paul C. Larsen may file his brief on or before **May 6, 2020**.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of April, 2020.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record